THOMPSON, J.
The final judgment is affirmed. See Providence Square Association, Inc. v. Biancardi, 507 So.2d 1366 (Fla.1987); In re Estate of Barry, 689 So.2d 1186 (Fla. 4th DCA 1997); Seaside Community Development Corp. v. Edwards, 573 So.2d 142, 145 (Fla. 1st DCA 1991); Ivens Corp. v. Hobe Cie Ltd., 555 So.2d 425 (Fla. 3d DCA 1989), rev. denied, 564 So.2d 1086 (Fla.1990); Engel Mortgage Co., Inc. v. Dowd, 355 So.2d 1210 (Fla. 1st DCA 1977), cert. denied, 358 So.2d 130 (Fla.1978); GAC Properties, Inc. v. Carmine, 258 So.2d 466 (Fla. 3d DCA 1971).
AFFIRMED.
COBB and GOSHORN, JJ., concur.